UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61208-Civ-Martinez/Brown

DOROTHY MULDROW,

      Plaintiff,

v.

WEST ASSET MANAGEMENT, INC.,

      Defendant.

_____/

## NOTICE OF SETTLEMENT

      Plaintiff, Dorothy Muldrow, gives notice that the parties have reached a

settlement and Plaintiff expects the parties will conclude the settlement process

shortly and that the parties will file a joint dismissal with prejudice within 10 days.


      Respectfully submitted,

      DONALD A. YARBROUGH, ESQ.
      Attorney for Plaintiff
      Post Office Box 11842
      Fort Lauderdale, Florida 33339
      Telephone: (954) 537-2000
      Facsimile: (954) 566-2235
      donyarbrough@mindspring.com

      s/Donald A. Yarbrough
      Donald A. Yarbrough, Esq.
      Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61208-Civ-Martinez/Brown

DOROTHY MULDROW,

      Plaintiff,

v.

WEST ASSET MANAGEMENT, INC.,

      Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on <u>December 8, 2009</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                <u>s/Donald A. Yarbrough</u>
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Kenneth C. Grace, Esq.
Sessions, Fishman & Nathan, LLP
Suite 300-S
9009 Corporate Lake Drive
Tampa, FL 33634
Telephone: 813-890-2465
Facsimile: 813-889-9757

<u>Via Notices of Electronic Filing generated by CM/ECF</u>