UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-61208-CIV-MARTINEZ-BROWN

DOROTHY MULDROW,

    Plaintiff,

vs.

WEST ASSET MANAGEMENT, INC.,

    Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Plaintiff's Notice of Settlement (D.E. No. 7), indicating that the parties have reached a settlement in this matter. It is hereby:

ORDERED AND ADJUDGED as follows:

1) The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court,** a proposed Order of Dismissal or Final Judgment, and any other documents necessary to conclude this action **on or before December 28, 2009**.

2) If the parties fail to comply with this order, the Court shall dismiss this case without prejudice without any further warning.

3) The Clerk is DIRECTED to DENY ALL PENDING MOTIONS AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of December, 2009.

                              JOSE E. MARTINEZ
                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record